7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Tommy J. Clemons
*Debtor*

*Bankruptcy Case No.*
15−41278−drd7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
15−04105−drd

v.

**Tommy J. Clemons**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the indebtedness owed by Defendant to KDoL, which is subject to statutory interest pursuant to K.S.A. §44−719(d)(2), should be and hereby is exempted from discharge. including such interest and penalty, and also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.S.C. § 523(a)(2) and 11 U.S.C. 727. Statutory penalties imposed pursuant to K.S.A. §44−719(d)(2) assessed in the underlying administrative proceeding are also not subject to discharge pursuant to 11 U.S.C. § 523(a)(7).

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 9/29/15

Court to serve